**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 30, 2024**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-24-00031-CR**

_____

**JESSICA ELAINTRELL SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 426th District Court**
**Bell County, Texas**
**Trial Court Cause No. 82378**

## MEMORANDUM OPINION

Appellant Jessica Elaintrell Smith has signed and filed a written motion to dismiss her appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate

of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.

Do Not Publish – Tex. R. App. P. 47.2(b)